K2 INVESTMENT GROUP, LLC, et al., Respondents-Appellants, v AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, Appellant-Respondent.

Submitted July 29, 2013; decided September 3, 2013

Motion by Complex Insurance Claims Litigation Association et al. for leave to file a brief amici curiae on the motion for reargument herein granted and the brief is accepted as filed [*see* 21 NY3d 384 (2013)].

Judge ABDUS-SALAAM taking no part.

In the Matter of LARRY TT., Appellant. JAMES CONWAY, as Superintendent of Attica Correctional Facility, et al., Respondents. (Proceeding No. 1.)

In the Matter of STATE OF NEW YORK, Respondent, v LARRY TT., Appellant. (Proceeding No. 2.)

Decided September 3, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of DOUGLAS LATTA, Appellant, v MAXWELL WILEY et al., Respondents.

Submitted July 8, 2013; decided September 3, 2013

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.

Judge ABDUS-SALAAM taking no part.